UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGEL JAUREQUI,

         Plaintiff,                   No. C 10-5236 PJH (PR)

  vs.                                     **ORDER OF DISMISSAL**

SAN FRANCISCO SHERIFF'S DEPARTMENT,

         Defendant.

        This pro se civil rights action was filed on November 18, 2010. On that same day the court notified plaintiff that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or apply for leave to proceed IFP within thirty days the case would be dismissed.

        No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

        **IT IS SO ORDERED.**

Dated: January 10, 2011.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

P:\PRO-SE\PJH\CR.10\Jaurequi236.dsm-ifp.wpd